```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 17656
    FRED GAFENEY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6622


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 07/09/2008 and was not confirmed.

    The case was dismissed without confirmation 09/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------

BLATT HASENMILLER LEIBSK   UNSECURED        NOT FILED           .00            .00
CHICAGO DEPT OF REVENUE    UNSECURED        NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   SECURED                .00           .00            .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC   12479.89             .00            .00
BERGL ANNE                 SECURED         19000.00             .00            .00
AMERICREDIT FINANCIAL SE   NOTICE ONLY     NOT FILED            .00            .00
VINVENT ONEAL              NOTICE ONLY     NOT FILED            .00            .00
FIRST PREIMER BANK         PRIORITY        NOT FILED            .00            .00
AMERICAN COLLECTION        PRIORITY        NOT FILED            .00            .00
CAPITAL ONE BANK           PRIORITY        NOT FILED            .00            .00
IMAGINE                    UNSECURED         908.22             .00            .00
WASHINGTON MUTUAL/PROVID   UNSECURED         499.46             .00            .00
WASHINGTON MUTUAL/PROVID   SECURED NOT I    1000.00             .00            .00
PRO SE DEBTOR              DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                           --------------       --------------
TOTALS                           .00                  .00



             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 17656  FRED GAFENEY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE